# Exhibit 1

| Ref | Name | Subscribers | Infringement URL | Original Source | Registration Status | Title of Work | PA Registration / Application Number | Videographer | CMI |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=8u5U8KSCJ-I | https://www.youtube.com/watch?v=HofVdO__R_A_ | Registered | 10/10/2018 Panama City Beach, Florida Hurricane Michael Explodes Houses Into Pieces | PA 2-499-375 | Aaron Rigsby | N |
| 2 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=B-oCRxnK2es | https://www.youtube.com/watch?v=c4dMhZEMcBg_ | Registered | 3-3-2019 Tabotton, Ga Tornado Damage, homes gone, cars flipped, trees snapped, injuries drone aerial | PA 2-499-405 | Brandon Clement | N |
| 3 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=wCK65mgHp1A | https://www.youtube.com/watch?v=6GwQJzm1Mhs_ | Registered | 09-13-18 North Topsail Beach, NC - Surge coming over roadway and knocking down photog | PA 2-499-369 | Ryan Cartee | N |
| 4 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=SM4VjRNkaNQ_ | https://www.facebook.com/wxchasing/videos/638883676443266_ | Registered | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car | PA 2-495-581 | Brandon Clement | N |
| 5 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=mZipfVkfVw4 | https://www.youtube.com/watch?v=Z1oo-bxQ5MM_ | Registered | 7-13-2019 Myrtle Grove, La Major levee overtopping from Hurricane Barry, HWY 23 to be closed drone | PA 2-499-403 | Brandon Clement | N |
| 6 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=jg_ds_WNCF8_ | https://www.youtube.com/watch?v=UGXOlDyb8bg_ | Registered | 10-10-2018 Panama City, Fl Hurricane Michael, flying drone through school, buildings collapsed | PA 2-499-401 | Brandon Clement | N |
| 7 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=ghwjDjXzBBo_ | https://x.com/NickGormanWX/status/1783950735434031233 | Registered | Lincoln Nebraska Tornado Crossing I-80 | PA 2-486-256 | Nick Gorman | N |
| 8 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=ghwjDjXzBBo_ | https://x.com/ChrisJacksonSC/status/1784123520626118890 | Registered | The fact no one was critically injured or worse in the small town of Minden, Iowa as this large tornado was directly impacting it is truly a miracle. | PA 2-499-376 | Chris Jackson | N |
| 9 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=qsixXp7a2xA_ | https://www.youtube.com/watch?v=VkaGJohe15Q_ | Registered | 01-12-2023 Selma, AL - Large Tornado Close Range and Damage | PA 2-499-373 | Ryan Cartee | N |
| 10 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=yoHCYXiHC8I | https://x.com/MikeTheiss/status/1432068864498601995 | Registered | Hurricane Ida making landfall right now in Houma, Louisiana. Eyewall imminent!! | PA 2-499-399 | Mike Theiss | N |
| 11 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=VOShWSnRu4Q_ | https://www.youtube.com/watch?v=bdpa0y2hHXU_ | Registered | 9.28.2022_Hurricane Ian Florida Coast Surge. | PA 2-388-966 | Reed Timmer | N |
| 12 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=izk7DJgZsvA_ | https://www.youtube.com/watch?v=IEFGKMWYD-E_ | Registered | INCREDIBLE TORNADO VS WIND TURBINE DRONE FOOTAGE | PA 2-491-731 | Reed Timmer | N |
| 13 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=feDtSH-Jxkg_ | https://www.facebook.com/watch/?v=557784499112578 | Registered | 04292022_ANDOVER GROUND FOOTAGE. | PA 2-360-279 | Reed Timmer | N |
| 14 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=qrX6MBeKMdo_ | https://www.youtube.com/watch?v=beXg9egFcAs_ | Registered | Brandon Clement Hurricane Dorian Bahamas Impacts Full | PA 2-210-164 | Brandon Clement | N |
| 15 | Le Huffington Post | 1,33M | https://www.youtube.com/watch?v=beTWjWNsxQc_ | https://www.youtube.com/watch?v=Ap9ix5XjD8Y_ | Registered | Hurricane Milton Evacuation CHAOS Gas Lines, Last Minute Scramble! - YT | PA 2-507-781 | Brandon Clement and Jonathan Petramala | N |