Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com
*Counsel for Plaintiff*
*Ryan Cartee, Nicholas Ryan Gorman, Chris Jackson, Aaron Rigsby, Mike Theiss, Reed Timmer and Global Weather Productions, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN CARTEE, NICHOLAS RYAN GORMAN, CHRIS JACKSON, AARON RIGSBY, MIKE THEISS, REED TIMMER and GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LE HUFFINGTON POST SAS,<br><br>Defendant. | CASE NO.: 5:25-cv-03643-EKL<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER TO VACATE DEADLINES** |

The parties, by and through their undersigned counsel, hereby notify the Court that the parties have reached an agreement-in-principle to settle this action. To conserve resources and provide the parties with sufficient time to finalize the settlement, the parties stipulate and jointly request that the Court vacate the September 5, 2025 deadline for Defendant to answer the complaint and all discovery deadlines, as set forth in the Court's order dated July 31, 2025 (Dkt. No. 17). If the parties do not file a stipulation of dismissal by October 22, 2025, the parties will instead file on that date a joint case management statement providing a status update on their discussions. The parties respectfully submit that this is the most efficient way to proceed for the Court and the parties.

IT IS SO STIPULATED.

DATED: September 3, 2025                Respectfully submitted,

/s/ Matthew L. Rollin
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiffs Ryan Cartee, Nicholas Ryan Gorman, Chris Jackson, Aaron Rigsby, Mike Theiss, Reed Timmer and Global Weather Productions, LLC*

DATED: September 3, 2025                Respectfully submitted,

/s/ Emmet P. Ong
Emmet P. Ong
**BRYAN CAVE LEIGHTON PAISNER LLP**
*Counsel for Defendant Le Huffington Post SAS*

## ATTESTATION

Pursuant to Civ. L.R. 5-1(i)(3), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Matthew L. Rollin
MATTHEW L. ROLLIN

## [PROPOSED] ORDER

For good cause shown, the stipulated request is **GRANTED**. The deadlines related to Defendant's answer to the complaint and discovery are hereby vacated. If a stipulation of dismissal is not filed by October 22, 2025, the parties shall file a joint case management statement providing the Court with a status update.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE